# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| JENNIFER VERONICA MCDONALD, ) ) | |
| Plaintiff, ) ) | |
| v. ) ) | Case No. CIV-14-220-SPS |
| CAROLYN W. COLVIN, ) Acting Commissioner of the Social ) Security Administration, ) ) | |
| Defendant. ) | |

## JUDGMENT

In accordance with the Opinion and Order [Docket No. 19] entered contemporaneously herewith, the Court hereby renders judgment in favor of the Defendant and against the Plaintiff pursuant to Fed. R. Civ. P. 58(a).

**IT IS SO ORDERED** this 30th day of September, 2015.

_____
**STEVEN P. SHREDER**
**UNITED STATES MAGISTRATE JUDGE**